**GREENBERG TRAURIG LLP**
Ryan Christopher Bykerk (SBN 271534)
*bykerkr@gtlaw.com*
1840 Century Park East 19th Floor
Los Angeles, CA 90067
Telephone: (310) 586-7700

**FREDRIKSON AND BYRON PA**
Melissa R. Hodge, Admitted PHV
*mhodge@fredlaw.com*
Teresa M. Thompson, Admitted PHV
*tthompson@fredlaw.com*
200 South Sixth Street, Suite 4000
Minneapoilis, MN 55402-1425
Telephone: (612) 492-7000

Attorneys for Plaintiffs
MEDTRONIC, INC. AND MEDTRONIC USA, INC.

**FAEGRE DRINKER BIDDLE & REATH LLP**
MARK E. TERMAN (SBN 116294)
*mark.terman@faegredrinker.com*
SYLVIA BOKYUNG ST CLAIR (SBN 328460)
*Sylvia.stclair@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone:  (310) 203-4000

Attorneys for Defendants
KEMP STANFORD AND GLOBUS MEDICAL, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION (SA)

| | |
|---|---|
| MEDTRONIC, INC. and MEDTRONIC USA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>KEMP STANFORD and GLOBUS MEDICAL, INC.<br><br>Defendants. | Case No. 8:22-cv-01414-JWH-JDE<br><br>Hon. John W. Holcomb<br>Magistrate Judge John D. Early<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT GLOBUS MEDICAL, INC., TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: July 29, 2022<br>Current Response Date: August 24, 2022<br>New Response Date: September 9. 2022<br>Trial Date:           TBD |

1  Plaintiff MEDTRONIC, INC. and MEDTRONIC USA, INC. (collectively
2  "Plaintiffs") together with Defendants KEMP STANFORD ("Stanford") and
3  GLOBUS MEDICAL, INC. ("Globus") (collectively "Defendants") (all of them
4  collectively, the "Parties"), by and through their respective undersigned counsel,
5  jointly stipulate and agree as follows:
6      WHEREAS, Plaintiffs filed the Complaint in this action on July 29, 2022;
7      WHEREAS, Defendant Globus was served with the Complaint on August 3,
8  2022;
9      WHEREAS, Globus' answer or other responsive pleading was required to be
10 court-filed by August 24, 2022;
11     WHEREAS, there have been no prior requests for extensions by any party;
12     WHEREAS, good cause exists for an extension of time for Globus to
13 respond to the Complaint because Defendant Stanford was served with the
14 Complaint on August 19, 2022.  Deferring Globus' response date would permit
15 both Defendants to file their responses to the Complaint at the same time, affording
16 efficiency to the Court and the Parties;
17     WHEREAS, extending the date for Defendant Globus to respond to the
18 Complaint will not alter the date of any event or deadline already fixed by Court
19 order.  No discovery cut-off, pretrial conference, or trial date has been set;
20     WHEREAS, this stipulation is not made for the purpose of delay;
21     WHEREAS, Defendants' counsel appreciates the professional courtesy
22 afforded herein by counsel for Plaintiff;
23     NOW THEREFORE, the Parties hereby stipulate and agree that deadline for
24 Globus to respond to the Complaint be extended to and including September 9,
25 2022.
26 //
27 //
28 //

| | | |
|---|---|---|
| Dated: August 22, 2022 | | **GREENBERG TRAURIG, LLP** |
| | By: | /s/ *Ryan C. Bykerk* |
| | | RYAN C. BYKERK |
| | | Attorney for Plaintiffs |
| | | MEDTRONIC, INC. AND MEDTRONIC USA, INC. |
| Dated: August 22, 2022 | | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | By: | /s/ *Mark E. Terman* |
| | | MARK E. TERMAN |
| | | SYLVIA BOKYUNG ST CLAIR |
| | | Attorneys for Defendants |
| | | KEMP STANFORD AND GLOBUS MEDICAL, INC. |

## ATTESTATION

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized the filing.

Dated: August 22, 2022         /s/ *Mark E. Terman*
                                                  MARK E. TERMAN